IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



UNITED STATES OF AMERICA

VS.

TERRANCE DAMETRIUS PRICE

§
§
§
§
§
§

CASE NO. 3:17-CR-0012-M (02)

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

**TERRANCE DAMETRIUS PRICE**, by consent and under the authority of *United States v. Dees*, 125 F.3d 261 (5th Cir. 1997), appeared before me pursuant to FED. R. CRIM. P. 11, and entered a plea of guilty to **Counts 1 and 2 of the Indictment, filed January 10, 2017**. After cautioning and examining **TERRANCE DAMETRIUS PRICE** under oath concerning each of the subjects mentioned in Rule 11, I determined that his guilty pleas were knowledgeable and voluntary, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of each such offense. Thus, I recommend that the pleas of guilty be accepted, and that **TERRANCE DAMETRIUS PRICE** be adjudged guilty of **Conspiracy, in violation of 18 U.S.C. § 371**, and **Theft of Government Money, in violation of 18 USC §§ 641 & 2**, and have sentence imposed accordingly. After being found guilty of the offenses by the district judge,

☑ The defendant, who is currently in custody, should be ordered to remain in custody.

☐ The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(1) unless the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

  ☐ The Government does not oppose release.
  ☐ The defendant has been compliant with the current conditions of release.
  ☐ I find by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

  ☐ The Government opposes release.
  ☐ The defendant has not been compliant with the conditions of release.
  ☐ If the Court accepts this recommendation, this matter should be set for hearing upon motion of the Government.

☐ The defendant must be ordered detained pursuant to 18 U.S.C. § 3143(a)(2) unless (1)(a) the Court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted, or (b) the Government has recommended that no sentence of imprisonment be imposed, or (c) exceptional circumstances are clearly shown under § 3145(c) why the defendant should not be detained, and (2) the Court finds by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released.

SIGNED May 15, 2018

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

### NOTICE
Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. §636(b)(1)(B).